UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-6110 FMO (MRWx) | Date | January 7, 2022 |
|---|---|---|---|
| Title | Becky Vendrell v. Metropolitan Life Insurance Company | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Gabriela Garcia | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   (In Chambers) Order to Show Cause Re: Sanctions or Dismissal

Pursuant to the Court's Order of August 9, 2021, the parties were required to complete a settlement conference before the assigned magistrate judge no later than December 9, 2021. (See Dkt. 10, Court's Order of August 9, 2021, at 2). If the case settled, the parties were required to file a Notice of Settlement no later than 24 hours after settlement. (See id. at 3). Otherwise, the parties were required to file a Status Report Re: Settlement no later than 48 hours after the settlement conference was complete. (See id.). On December 2, 2021, the parties filed a stipulation requesting a continuance of the settlement completion date, and stating that they had scheduled private mediation on December 20, 2021. (See Dkt. 20, Stipulation to Continue Settlement Completion Date at 1). The court extended the settlement conference deadline to December 20, 2021, pursuant to the parties' stipulation. (See Dkt. 21, Court's Order of December 6, 2021).

As of the filing date of this Order, neither a Notice of Settlement nor a Status Report Re: Settlement has been filed. (See, generally, Dkt.). Accordingly, IT IS ORDERED THAT, no later than **January 14, 2022**, the parties shall show cause in writing why sanctions should not be imposed for failure to comply with the Court's Orders of August 9, 2021, and December 6, 2021. **Failure to submit a response to this Order by the deadline set forth above may result in the imposition of sanctions and/or dismissal of this action for lack of prosecution.** See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002), cert. denied, 538 U.S. 909 (2003).

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | gga |